

# COURT OF APPEALS
## SEVENTH DISTRICT OF TEXAS
## AMARILLO

**MANDATE**

THE STATE OF TEXAS

To the 316th District Court of Hutchinson County, Greetings:

BEFORE our Court of Appeals for the Seventh District of Texas, on April 15, 2021, the cause upon appeal to revise or reverse your judgment between:

**Jamie Lee Burns a/k/a Jamie Lee Nelson v. The State of Texas**

**Case Number: 07-20-00358-CR; Trial Court Number: 11,393**

was determined and therein our said Court made its order in these words:

Pursuant to the opinion of the Court dated April 15, 2021, it is ordered, adjudged, and decreed that the appeal is abated, and the cause is remanded to the 316th District Court of Hutchinson County, Texas, for further proceedings in accordance with this Court's opinion entered this day.

o O o

WHEREFORE, WE COMMAND YOU to observe the order of said Court of Appeals for the Seventh District of Texas, in this behalf, and in all things to have it duly recognized, obeyed, and executed.

WITNESS, the Honorable Justices of our said Court, with the seal thereof annexed, at the City of Amarillo on April 15, 2021.



*Bobby Ramirez*
Bobby Ramirez, CLERK